**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02925-CMA
Criminal Action No. 08-cr-00089-CMA

UNITED STATES OF AMERICA,

v.

ARNOLD ZALER,

    Movant.

---

**ORDER TO ANSWER**

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney, on or before **December 4, 2012**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing § 2255 Proceedings.

    DATED: November __20__, 2012

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge