## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-02925-CMA
Criminal Action No. 08-cr-00089-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNOLD ZALER,

    Defendant-Movant.

## ORDER REGARDING RESPONSE TO GOVERNMENT ANSWER

In response to Defendant-Movant's Motion for Clarification (Doc. # 96), the Court ORDERS that If Defendant wishes to file a reply, he shall do so within 14 days of the filing date of the government's answer.

DATED: December __10__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge